# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| SUBWAY INTERNATIONAL B.V., <br> Plaintiff, | CIVIL NO. 3:09-CV-1101 (JCH) |
| vs. | Date: December 11, 2009 |
| ASIF MAJID, <br> Defendant | |

## MOTION TO REOPEN PROCEEDINGS

In an Order dated December 9, 2009, the above captioned case was dismissed pursuant to Plaintiff's failure to file a response to the Order to Show Cause issued on November 10, 2009. Plaintiff was ordered to show cause by December 1, 2009 as to why this case should not be dismissed for failure to prosecute.

Plaintiff inadvertently missed the deadline due to an administrative error.

THEREFORE, Plaintiff respectively requests the Court to reopen the case pursuant to Federal Rule 60(b)(1), Relief from a Judgment or Order.

PLAINTIFF,
SUBWAY INTERNATIONAL B.V.

Kristin L. Corcoran
CT 13892
Doctor's Associates Inc.
325 Bic Drive
Milford, CT 06461
(203) 877-4281 extension 1565

## **ORDER**

This motion having come before this court is GRANTED / DENIED

_____
Assistant Clerk / Judge

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served by E-File to the Clerk of the U.S. District Court, District of Connecticut, 141 Church Street, New Haven, Connecticut 06510, and by Federal Express (Tracking No. 7982 1176 6953) to the Defendant, Asif Majid, at his business address of Paddington Central, Unit 5A, Canalside, London W26PY, England, United Kingdom, on this 11th day of December, 2009.

Kristin L. Corcoran
CT 13892
Doctor's Associates Inc.
325 Bic Drive
Milford, CT 06461
(203) 877-4281 extension 1565